## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| TIFFANY L. SNYDER, | ) | CASE NO. 5:09CV1241 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | |
| VALENTINE AND KEBARTAS, INC., | ) | **JUDGMENT ENTRY** |
| | ) | |
| DEFENDANT. | ) | |
| | ) | |

For the reasons set forth in the contemporaneously filed Order, it is hereby ORDERED, ADJUDGED and DECREED that the above-captioned case is **DISMISSED** without prejudice for want of prosecution.

**IT IS SO ORDERED**.


Dated: February 16, 2010

                                                   **HONORABLE SARA LIOI**
                                                   **UNITED STATES DISTRICT JUDGE**